UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO M. CHAVEZ,<br><br>       Plaintiff,<br><br>   vs.<br><br>KINGS COUNTY JAIL, et al.,<br><br>       Defendants. | 1:20-cv-00603-GSA-PC<br><br>**ORDER ADDRESSING PLAINTIFF'S MOTION FOR CLARIFICATION**<br>**(ECF No. 5.)**<br><br>**ORDER DIRECTING CLERK TO MOVE THE COMPLAINT FROM THIS CASE INTO CASE 1:20-cv-00369-EPG-PC AS THE FIRST AMENDED COMPLAINT**<br><br>**ORDER ADMINISTRATIVELY CLOSING THIS CASE**<br><br>**ORDER FOR CLERK TO DOCKET THIS ORDER IN CASES 1:20-cv-00369-EPG-PC, 1:20-cv-00471-SKO-PC, AND 1:20-cv-00518-JDP-PC** |

**I.   BACKGROUND**

Pablo M. Chavez ("Plaintiff") is a Kings County Jail inmate proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  The Complaint commencing this action was filed on April 28, 2020.  (ECF No. 1.)  On May 11, 2020, Plaintiff filed a motion for clarification. (ECF No. 5.)[1]

---

[1] Plaintiff also filed the same motion for clarification in his cases 1:20-cv-00369-EPG-PC, 1:20-cv-00471-SKO-PC, and 1:20-cv-00518-JDP-PC.  (Court Record.)

1

## II. PLAINTIFF'S MOTION FOR CLARIFICATION

Plaintiff requests clarification of the status of four of his cases:

      (1)     1:20-cv-00369-EPG-PC ("**20-369**");

      (2)     1:20-cv-00471-SKO-PC ("**20-471**");

      (3)     1:20-cv-00518-JDP-PC ("**20-518**"); and

      (4)     1:20-cv-00603-GSA-PC ("**20-603**").

Plaintiff asserts that he amended three of the cases – **20-369**, **20-471**, and **20-518** -- and joined those cases together into case **20-603**. Plaintiff now questions why he was granted leave to amend the complaint in case **20-369** when he already amended it in case **20-603**.

## III. DISCUSSION

The court finds the following on the court's record:

On April 27, 2020, Plaintiff voluntarily dismissed cases **20-471** and **20-518** as duplicative of case **20-369**. (20-471, ECF No. 7; 20-518, ECF No. 6.) Therefore, only two of the four cases at issue are currently pending, cases **20-369** and **20-603**;

On April 27, 2020, Plaintiff filed a motion to amend the complaint in case **20-369** (20-369, ECF No. 11.)

On April 28, 2020, Plaintiff submitted a complaint to the court, which was used to open a new case **20-603**; (20-603, ECF No. 1.) and,

On April 30, 2020, Plaintiff's motion to amend the complaint in case **20-369** was granted. (20-369, ECF No. 12.)

The court has reviewed the complaints in cases **20-369** and **20-603** and finds that the complaint used to open case **20-603** should be moved into case **20-369** as a First Amended Complaint, and that case **20-603** should be dismissed based on the following: Plaintiff's understanding of the cases expressed in his motion for clarification; the similarities of the allegations, claims, and requested relief in the two complaints; the order of events in the two cases; and the motion to amend filed by Plaintiff and granted in case **20-369**. Therefore, the court shall direct the Clerk to move the complaint filed in this case on April 28, 2020 into case **20-369**, and then administratively close this case.

///

///

///

**IV. CONCLUSION**

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The court finds that the original complaint filed in this case, **20-603**, should be filed as the First Amended Complaint in case **20-369**;

2. The Clerk is directed to:

    (1) MOVE the original Complaint from this case **20-603** into case **20-369** as the First Amended Complaint;

    (2) Administratively CLOSE this case **20-603**; and

    (3) DOCKET this order in these cases:

    **20-603 (this case),**

    **20-369,**

    **20-471,** and

    **20-518.**

IT IS SO ORDERED.

Dated:   **May 13, 2020**                **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE